■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD DEWITT, Appellant. [665 NYS2d 517] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (DeLury, J.), rendered October 5, 1995, convicting him of criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the appeal is held in abeyance, and the matter is remitted to the Supreme Court, Kings County, for a reconstruction hearing to determine whether the defendant was present at the *Sandoval* hearing. The Supreme Court, Kings County, is to file its report with all convenient speed.

Because there was no record of the *Sandoval* hearing, we cannot determine whether the defendant was present for the hearing. Since the defendant's presence at the *Sandoval* hearing would not have been merely " 'superfluous' " because the *Sandoval* ruling was not "wholly favorable" to him (*People v Favor,* 82 NY2d 254, 267), this threshold factual issue must be resolved. Therefore, the case is remitted to the Supreme Court, Kings County, for a reconstruction hearing to determine whether or not the defendant was present (*see, People v Michalek,* 82 NY2d 906; *People v Smythe,* 216 AD2d 424; *People v Bazil,* 212 AD2d 622). Bracken, J. P., Rosenblatt, Copertino and Luciano, JJ., concur.